## TRAYLOR V. THE STATE.
(Decided Jan. 23, 1913.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

———

## UPCHURCH V. THE STATE.
(Decided Dec. 5, 1912.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed by agreement.

———

## VINES V. THE STATE.
(Decided Nov. 28, 1912.)

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

———

## WARD V. THE STATE.
(Decided Jan. 23, 1913.)

APPEAL from Henry Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.